

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00294-CR

TREVOR WARD                                                              APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

----------

### FROM COUNTY CRIMINAL COURT NO. 1 OF DENTON COUNTY
### TRIAL COURT NO. CR-2016-08486-A

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Unopposed Motion To Dismiss," which complies with rule 42.2(a). Tex. R. App. P. 42.2(a). Because this court has not yet issued a decision in this case, we grant the motion and dismiss the appeal.[2] *See* Tex. R. App. P. 42.2(a), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

[2]Appellant's counsel's motion to withdraw is denied as moot.

PER CURIAM

PANEL:  WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  June 28, 2018